**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEW JERSEY

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name** | | |
| | Write the name that is on your government-issued picture identification (for example, your driver's license or passport). | **Flamur** <br> First name | First name |
| | | Middle name | Middle name |
| | Bring your picture identification to your meeting with the trustee. | **Prishtina** <br> Last name and Suffix (Sr., Jr., II, III) | Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years** | | |
| | Include your married or maiden names and any assumed, trade names and *doing business as* names. | **Flamur Bajqinovci** | |
| | Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | | |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-0126** | |

Case number *(if known)* _____

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5. Where you live**

| About Debtor 1: | About Debtor 2: |
|---|---|
| **634 Faitoute Avenue**<br>**Roselle Park, NJ 07204**<br>Number, Street, City, State & ZIP Code | If Debtor 2 lives at a different address:<br><br>_____<br>Number, Street, City, State & ZIP Code |
| **Union**<br>County | _____<br>County |
| **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| _____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6. Why you are choosing *this district* to file for bankruptcy**

| *Check one:* | *Check one:* |
|---|---|
| ■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. | ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district. |
| ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) | ☐ I have another reason.<br>Explain. (See 28 U.S.C. § 1408.) |

Debtor 1    **Flamur Prishtina** _____ Case number *(if known)* _____

---

| **Part 2:** | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

---

**8.** **How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.
- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).
- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

---

**9.** **Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

---

**10.** **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

---

**11.** **Do you rent your residence?**

- ☐ No.   Go to line 12.
- ■ Yes.   Has your landlord obtained an eviction judgment against you?
  - ■ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

---

Debtor 1    **Flamur Prishtina**                                                                                    Case number *(if known)*

---

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐    Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐    Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐    Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐    Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐    None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| Part 4: | Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
                                      Number, Street, City, State & Zip Code

---

Debtor 1    **Flamur Prishtina** _____    Case number _(if known)_ _____

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

_You must check one:_

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.
If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

_You must check one:_

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **Flamur Prishtina**    _____ Case number *(if known)* _____

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.    I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 – $50,000 | ☐ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ■ $50,001 – $100,000 | ☐ $10,000,001 – $50  million | ☐ $1,000,000,001 – $10 billion |
| ☐ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 – $50,000 | ☐ $1,000,001 – $10 million | ☐ $500,000,001 – $1 billion |
| ☐ $50,001 – $100,000 | ☐ $10,000,001 – $50  million | ☐ $1,000,000,001 – $10 billion |
| ■ $100,001 – $500,000 | ☐ $50,000,001 – $100 million | ☐ $10,000,000,001 – $50 billion |
| ☐ $500,001 – $1 million | ☐ $100,000,001 – $500 million | ☐ More than $50 billion |

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ Flamur Prishtina**
_____    _____
**Flamur Prishtina**    Signature of Debtor 2
Signature of Debtor 1

Executed on    **June  3, 2025**    Executed on  _____
        _____        MM / DD / YYYY
        MM / DD / YYYY

Debtor 1    **Flamur Prishtina** _____ Case number *(if known)* _____

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Darin D. Pinto** _____    Date    **June  3, 2025**
Signature of Attorney for Debtor                                              MM / DD / YYYY

**Darin D. Pinto** _____
Printed name

**Law Offices of Darin D. Pinto, P.C.** _____
Firm name

**376 South Avenue East**
**Westfield, NJ 07090** _____
Number, Street, City, State & ZIP Code

Contact phone  **(908) 317-9405** _____    Email address    **dpintolaw@comcast.net**

**01661991 NJ** _____
Bar number & State

---

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Flamur Prishtina** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

# Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information 12/15

**Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.**

### Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1.  **Schedule A/B: Property** (Official Form 106A/B)
    1a. Copy line 55, Total real estate, from Schedule A/B............................................................ $ **0.00**

    1b. Copy line 62, Total personal property, from Schedule A/B.................................................. $ **60,102.70**

    1c. Copy line 63, Total of all property on Schedule A/B........................................................... $ **60,102.70**

### Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
    2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D*... $ **146,597.11**

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
    3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.................................. $ **19,713.38**

    3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*............................ $ **251,099.29**

    **Your total liabilities** $ **417,409.78**

### Part 3: Summarize Your Income and Expenses

4.  *Schedule I: Your Income* (Official Form 106I)
    Copy your combined monthly income from line 12 of *Schedule I*............................................................... $ **7,148.00**

5.  *Schedule J: Your Expenses* (Official Form 106J)
    Copy your monthly expenses from line 22c of *Schedule J*..................................................... $ **7,167.00**

### Part 4: Answer These Questions for Administrative and Statistical Records

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

    ☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

    ☑ Yes

7.  **What kind of debt do you have?**

    ☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

    ☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Flamur Prishtina**                                    Case number (if known) _____

8.  From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form
    122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.                           $ _____**10,890.00**

9.  **Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F*:**

| | Total claim |
|---|---|
| **From Part 4 on *Schedule E/F*, copy the following:** | |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 19,713.38 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 0.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 19,713.38 |

Fill in this information to identify your case and this filing:

| Debtor 1 | **Flamur Prishtina** | | |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number _____

☐ Check if this is an amended filing

## Official Form 106A/B
# Schedule A/B: Property                                    12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**   Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ■ No. Go to Part 2.

   ☐ Yes. Where is the property?

**Part 2:**   Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No

   ■ Yes

| 3.1 | Make: | **Volkswagen** |
|---|---|---|
| | Model: | **Tiguan** |
| | Year: | **2018** |
| | Approximate mileage: | **80000** |
| | Other information: | |

**Fair condition**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this is community property
   (see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $8,800.00 | $8,800.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ■ No

   ☐ Yes

5. **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.............................................................................=>**

| $8,800.00 |
|---|

**Part 3:**   Describe Your Personal and Household Items

**Do you own or have any legal or equitable interest in any of the following items?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**6. Household goods and furnishings**
*Examples:* Major appliances, furniture, linens, china, kitchenware

☐ No

■ Yes. Describe.....

| Household Furnisihgs and related items | $4,000.00 |
|---|---|

**7. Electronics**
*Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

■ No

☐ Yes. Describe.....

**8. Collectibles of value**
*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No

☐ Yes. Describe.....

**9. Equipment for sports and hobbies**
*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No

☐ Yes. Describe.....

**10. Firearms**
*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No

■ Yes. Describe.....

| 2 Firearms | $1,000.00 |
|---|---|

**11. Clothes**
*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No

■ Yes. Describe.....

| Clothing and related apparel | $500.00 |
|---|---|

**12. Jewelry**
*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No

■ Yes. Describe.....

| Miscellaneous Jewelry | $400.00 |
|---|---|

**13. Non-farm animals**
*Examples:* Dogs, cats, birds, horses

■ No

☐ Yes. Describe.....

**14. Any other personal and household items you did not already list, including any health aids you did not list**

■ No

☐ Yes. Give specific information.....

**15.** Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here ................................................................ | $5,900.00 |

Official Form 106A/B                    Schedule A/B: Property                         page 2

Debtor 1     **Flamur Prishtina**

Case number *(if known)*

| Part 4: | **Describe Your Financial Assets** |
|---|---|

| **Do you own or have any legal or equitable interest in any of the following?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**
   *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

   ■ No
   ☐ Yes...................................................................................................

**17. Deposits of money**
   *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

   ☐ No
   ■ Yes.......................

   Institution name:

| | | Institution name: | |
|---|---|---|---|
| | 17.1. | **Webster Bank** | **$940.00** |
| | 17.2. | **Checking** | **Provident Bank** | **$500.00** |

**18. Bonds, mutual funds, or publicly traded stocks**
   *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

   ■ No
   ☐ Yes..................

   Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

   ☐ No
   ■ Yes.  Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **Prishtina Construction Designs, Inc.** | **100** % | **$10.00** |
| **Prishtina Building Services Inc.** | **100** % | **$10.00** |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**
   *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
   *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

   ■ No
   ☐ Yes. Give specific information about them

   Issuer name:

**21. Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

   ☐ No
   ■ Yes. List each account separately.

| Type of account: | Institution name: | |
|---|---|---|
| **Profit Sharing Plan** | **32BJ Supplemental Retirement Saving Plan** | **$12,478.70** |
| **401(K)** | **Fidelity** | **$25,000.00** |

**22. Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

   ■ No

Debtor 1   **Flamur Prishtina**                                          Case number *(if known)*

☐ Yes. .....................                          Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............        Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............        Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| Money or property owed to you? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| Internal Revenue Service | 2024 Federal Tax Refund | $5,035.00 |
|---|---|---|
| NJ Department of Taxation | New Jersey State Tax Refund | $1,429.00 |

29. **Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
   ■ No
   ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay,  workers' compensation, Social Security
            benefits; unpaid loans you made to someone else
   ■ No
   ☐ Yes.  Give specific information..

31. **Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
   ■ No
   ☐ Yes. Name the insurance company of each policy and list its value.
            Company name:                    Beneficiary:                    Surrender or refund
                                                                             value:

Debtor 1    **Flamur Prishtina**    _Case number (if known)_

___

32. **Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes.  Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
_Examples:_ Accidents, employment disputes, insurance claims, or rights to sue

■ No
☐ Yes.  Describe each claim.........

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes.  Describe each claim.........

35. **Any financial assets you did not already list**

■ No
☐ Yes.  Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here**....................................................................................................... | **$45,402.70**

___

**Part 5:**  Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
■ No. Go to Part 6.
☐ Yes.  Go to line 38.

**Part 6:**  Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
■ No. Go to Part 7.
☐ Yes.  Go to line 47.

**Part 7:**  Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
_Examples:_ Season tickets, country club membership

■ No
☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ...................................... | **$0.00**

___

Debtor 1    **Flamur Prishtina**    Case number *(if known)* _____

| Part 8: | List the Totals of Each Part of this Form |
|---|---|

55.  **Part 1: Total real estate, line 2** ....................................................................................................    **$0.00**

56.  **Part 2: Total vehicles, line 5**    **$8,800.00**

57.  **Part 3: Total personal and household items, line 15**    **$5,900.00**

58.  **Part 4: Total financial assets, line 36**    **$45,402.70**

59.  **Part 5: Total business-related property, line 45**    **$0.00**

60.  **Part 6: Total farm- and fishing-related property, line 52**    **$0.00**

61.  **Part 7: Total other property not listed, line 54**    +    **$0.00**

62.  **Total personal property.** Add lines 56 through 61...    **$60,102.70**    Copy personal property total    **$60,102.70**

63.  **Total of all property on Schedule A/B.** Add line 55 + line 62    **$60,102.70**

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Flamur Prishtina** |
| | First Name            Middle Name            Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name            Middle Name            Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

**4/25**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

**Part 1:**    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☑ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **2018 Volkswagen Tiguan 80000 miles Fair condition**<br>Line from *Schedule A/B*: **3.1** | $8,800.00 | ☑                  $5,025.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(2)** |
| **2018 Volkswagen Tiguan 80000 miles Fair condition**<br>Line from *Schedule A/B*: **3.1** | $8,800.00 | ☑                  $3,775.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **2 Firearms**<br>Line from *Schedule A/B*: **10.1** | $1,000.00 | ☑                  $1,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Clothing and related apparel**<br>Line from *Schedule A/B*: **11.1** | $500.00 | ☑                  $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(3)** |
| **Miscellaneous Jewelry**<br>Line from *Schedule A/B*: **12.1** | $400.00 | ☑                  $400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(4)** |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Flamur Prishtina**

Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Webster Bank**<br>Line from *Schedule A/B*: **17.1** | $940.00 | ■ $940.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Checking: Provident Bank**<br>Line from *Schedule A/B*: **17.2** | $500.00 | ■ $500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Prishtina Construction Designs, Inc.**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.1** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Prishtina Building Services Inc.**<br>**100 % ownership**<br>Line from *Schedule A/B*: **19.2** | $10.00 | ■ $10.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **Profit Sharing Plan: 32BJ**<br>**Supplemental Retirement Saving**<br>**Plan**<br>Line from *Schedule A/B*: **21.1** | $12,478.70 | ■ $12,478.70<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **401(K): Fidelity**<br>Line from *Schedule A/B*: **21.2** | $25,000.00 | ■ $25,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(12)** |
| **2024 Federal Tax Refund: Internal**<br>**Revenue Service**<br>Line from *Schedule A/B*: **28.1** | $5,035.00 | ■ $5,035.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |
| **New Jersey State Tax Refund: NJ**<br>**Department of Taxation**<br>Line from *Schedule A/B*: **28.2** | $1,429.00 | ■ $1,429.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **11 U.S.C. § 522(d)(5)** |

3. **Are you claiming a homestead exemption of more than $214,000?**
   (Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

   ■ No

   ☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

       ☐ No

       ☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Flamur Prishtina** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | | |
| Case number | | | |
| (if known) | | | |

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List All Secured Claims

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| | | Amount of claim<br>Do not deduct the value of collateral. | Value of collateral that supports this claim | Unsecured portion<br>If any |
| **2.1   Provident Bank** | Describe the property that secures the claim: | **$146,597.11** | **Unknown** | **Unknown** |
| Creditor's Name | **Business Assets. (UCC-1 Filing Numbers 201606245761004 and 202201315173396 )** | | | |

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**634 Faitoute Avenue**
**Roselle Park, NJ 07204**

Number, Street, City, State & Zip Code

**Nature of lien.** Check all that apply.

☐ An agreement you made (such as mortgage or secured car loan)

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim relates to a community debt**

☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **UCC-1**

Date debt was incurred _____    Last 4 digits of account number    **0432**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | **$146,597.11** |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | **$146,597.11** |

### Part 2:    List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]    Name, Number, Street, City, State & Zip Code

**William L. Waldman, Esq.**
**K&L Gates**
**One Newark Center**
**10th Floor**
**Newark, NJ 07102**

On which line in Part 1 did you enter the creditor?    **2.1**

Last 4 digits of account number ___

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Flamur Prishtina** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

### Part 1:    List All of Your PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims against you?**

☐ No. Go to Part 2.

■ Yes.

2.  **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

(For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|

**2.1** 

**Internal Revenue Service**
Priority Creditor's Name

**2970 Market Street**
**Mail Stop 5-E04. 117**
**Philadelphia, PA 19104**
Number Street City State Zip Code

Who incurred the debt? Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

Last 4 digits of account number  **8144**          **$19,713.38**          **$19,713.38**          **$0.00**

When was the debt incurred?  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

☐ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____
                    **Business Taxes**

### Part 2:    List All of Your NONPRIORITY Unsecured Claims

3.  **Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

■ Yes.

4.  **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

**Total claim**

Debtor 1    **Flamur Prishtina**

_____ (first name) (if known)

---

**4.1** | **3A Construction & Design LLC** | Last 4 digits of account number _____ | | **$12,800.00**

Nonpriority Creditor's Name

**344 Bethel Avenue**
**Staten Island, NY 10307**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Construction Supplies**

---

**4.2** | **43-09 47th Ave, LLC** | Last 4 digits of account number   **2024** | | **Unknown**

Nonpriority Creditor's Name

**c/o Kahana Feld LLP**
**800 Third Avenue**
**16th Floor**
**New York, NY 10177**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Litigation**

---

**4.3** | **A&E Real Estate Holdings, LLC** | Last 4 digits of account number   **2024** | | **Unknown**

Nonpriority Creditor's Name

**c/o Kahana Feld LLP**
**800 Third Avenue**
**16th Floor**
**New York, NY 10177**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Contingent

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify   **Litigation**

---

Debtor 1   **Flamur Prishtina** _____ Case number (if known) _____

---

**4.4**  | **A&E Real Estate Management, LLC** | Last 4 digits of account number  **2024** _____ | **Unknown**

Nonpriority Creditor's Name

**c/o Kahana Feld LLP**
**800 Third Avenue**
**16th Floor**
**New York, NY 10177**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation** _____

---

**4.5**  | **Abigail Truax** | Last 4 digits of account number  **2024** _____ | **Unknown**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation** _____

---

**4.6**  | **Adam David Tona** | Last 4 digits of account number  **2024** _____ | **Unknown**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation** _____

---

Debtor 1    **Flamur Prishtina**                                                    Case number (if known) _____

| 4.7 | **Adam Shaff** | Last 4 digits of account number **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Litigation** _____

---

| 4.8 | **Al Suk Oh** | Last 4 digits of account number **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Litigation** _____

---

| 4.9 | **Alberto Duque** | Last 4 digits of account number **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify **Litigation** _____

Debtor 1    Flamur Prishtina

_____ (if known)

---

**4.10**

**Alexandra Good**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.11**

**Alison Kappel**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.12**

**AltaGrarcia Josefina Elia**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

Debtor 1  **Flamur Prishtina**

First Name   Middle Name   Last Name   Case number (if known)

---

| 4.13 | | | |
|---|---|---|---|

**American Express**

Nonpriority Creditor's Name

**PO Box 1270**
**Newark, NJ 07101-1270**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **6006**                        $38,790.20

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Business Credit Card (Collections)**

---

| 4.14 | | | |
|---|---|---|---|

**Andrew Barksdale**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **2024**                        Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Litigation**

---

| 4.15 | | | |
|---|---|---|---|

**Andy Amponsah**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **2024**                        Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify  **Litigation**

---

Debtor 1   **Flamur Prishtina**

_____   Case number (if known) _____

**4.16**

**Angel Caisaguano**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2024**          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation**

---

**4.17**

**Anthony Parrish**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2024**          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation**

---

**4.18**

**Anthony Stone**
Nonpriority Creditor's Name
**100 Lefferts Avenue**
**Apt. 2A**
**Brooklyn, NY 11225**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   _____          **$5,280.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Back Wages Owed**

---

Debtor 1    **Flamur Prishtina**                                    _____
                                                    Case number (if known) _____

**4.19**

**Apex Plumbing HS**                          Last 4 digits of account number ___ ___ ___ ___          **$6,525.71**
Nonpriority Creditor's Name
**822 Coney Island Avenue**                    When was the debt incurred? _____
**Brooklyn, NY 11218**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
☐ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ☐ Other. Specify  **Constructio Supplies**

---

**4.20**

**Arlette Faele**                              Last 4 digits of account number  **2024**          **Unknown**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**                When was the debt incurred? _____
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
☐ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ☐ Other. Specify  **Litigation**

---

**4.21**

**Ayaan Restoration Inc.**                     Last 4 digits of account number ___ ___ ___ ___          **$9,000.00**
Nonpriority Creditor's Name
**476 McDonald Avneue**                        When was the debt incurred? _____
**# 201**
**Brooklyn, NY 11218**
Number Street City State Zip Code              **As of the date you file, the claim is:** Check all that apply
**Who incurred the debt?** Check one.

☐ Debtor 1 only                                ☐ Contingent
☐ Debtor 2 only                                ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
☐ At least one of the debtors and another      **Type of NONPRIORITY unsecured claim:**
☐ **Check if this claim is for a community**   ☐ Student loans
**debt**                                       ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**               report as priority claims
☐ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                          ☐ Other. Specify  **Constructio Supplies**

---

Debtor 1    Flamur Prishtina    _____    _____

Case number (if known) _____

---

**4.2 2**

**Barrington Stewart**
Nonpriority Creditor's Name

**711 Ocean Avnue**
**Apt. 4F**
**Brooklyn, NY 11226**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____        **$4,000.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Back Wages Owed**

---

**4.2 3**

**Brian Witte**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2024**        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.2 4**

**Britney Maldonado**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ Check if this claim is for a community debt

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2024**        **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.2 5**

**Bryan Mitchell Weinberg**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation**

---

**4.2 6**

**Carlo Santiago**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation**

---

**4.2 7**

**Cecilia Aragon**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify  **Litigation**

---

Case number (if known)

| 4.2 8 | | |
|---|---|---|

**Cha Young OK**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Litigation**

---

| 4.2 9 | | |
|---|---|---|

**Chance Utkin**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Litigation**

---

| 4.3 0 | | |
|---|---|---|

**Chelsey Hernandez**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Litigation**

Debtor 1   **Flamur Prishtina**

_____ (if known)

**4.3.1**

**Chloe McKeon**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **2024**          Unknown

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Litigation**

---

**4.3.2**

**Chris Del Gatto**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **2024**          Unknown

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Litigation**

---

**4.3.3**

**Christa Jones**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☒ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☒ No
☐ Yes

Last 4 digits of account number  **2024**          Unknown

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☒ Other. Specify  **Litigation**

---

Debtor 1   **Flamur Prishtina**                                                    Case number (if known) _____

**4.3 4**

**Cindy Rodriguez**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2024**            **Unknown**

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Litigation**

---

**4.3 5**

**Cody Alexander Tastaca**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   **2024**            **Unknown**

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Litigation**

---

**4.3 6**

**Coney Island Hardware Store**

Nonpriority Creditor's Name

**814 Coney Island Avenue**
**Brooklyn, NY 11218**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number   _____            **$14,010.00**

When was the debt incurred?      _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify   **Constructio Supplies**

---

Debtor 1    **Flamur Prishtina**                                      Case number (if known) _____

---

**4.37**

**Constantin Ariton**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.38**

**Craig Hector**
Nonpriority Creditor's Name
**36 E 96th Street**
**Apt. 2R**
**Brooklyn, NY 11212**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number                    **$61,490.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Back Wages Owed**

---

**4.39**

**Craig Smith**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

Debtor 1    Flamur Prishtina _____ Case number (if known) _____

4.4 0

**Daniel Quinn**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                      Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

4.4 1

**Daniel Vlasceanu**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                      Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

4.4 2

**David Alvarez**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                      Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

Debtor 1    **Flamur Prishtina**                                              Case number (if known) _____

---

**4.4 3**

**David Wong**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.4 4**

**Deborah Paradise**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.4 5**

**Delia Hembra**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

Debtor 1  **Flamur Prishtina**                                      Case number (if known) _____

| 4.4 6 | | |
|---|---|---|

**Denise Elia** _____    Last 4 digits of account number  **2024** _____        **Unknown**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**            When was the debt incurred?  _____
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code
**Who incurred the debt? Check one.**          **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only                                ☐ Contingent
- ☐ Debtor 2 only                                ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**    ☐ Student loans
  **debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
  **Is the claim subject to offset?**               report as priority claims
- ■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                          ■ Other. Specify  **Litigation** _____

---

| 4.4 7 | | |
|---|---|---|

**Dennis Vargas (I)** _____    Last 4 digits of account number  **2024** _____        **Unknown**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**            When was the debt incurred?  _____
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code
**Who incurred the debt? Check one.**          **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only                                ☐ Contingent
- ☐ Debtor 2 only                                ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**    ☐ Student loans
  **debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
  **Is the claim subject to offset?**               report as priority claims
- ■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                          ■ Other. Specify  **Litigation** _____

---

| 4.4 8 | | |
|---|---|---|

**Dennis Vargas (II)** _____    Last 4 digits of account number  **2024** _____        **Unknown**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**            When was the debt incurred?  _____
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code
**Who incurred the debt? Check one.**          **As of the date you file, the claim is:** Check all that apply

- ■ Debtor 1 only                                ☐ Contingent
- ☐ Debtor 2 only                                ☐ Unliquidated
- ☐ Debtor 1 and Debtor 2 only                   ☐ Disputed
- ☐ At least one of the debtors and another    **Type of NONPRIORITY unsecured claim:**
- ☐ **Check if this claim is for a community**    ☐ Student loans
  **debt**                                        ☐ Obligations arising out of a separation agreement or divorce that you did not
  **Is the claim subject to offset?**               report as priority claims
- ■ No                                           ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☐ Yes                                          ■ Other. Specify  **Litigation** _____

---

Debtor 1    **Flamur Prishtina** _____ _____ Case number (if known) _____

---

**4.49**

**Diego Garzon**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.50**

**Dominico Loccisano**
Nonpriority Creditor's Name

**14-69 154 Street**
**Whitestone, NY 11357**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number                    **$2,000.00**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Back Wages Owed**

---

**4.51**

**Donna Liu**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

Debtor 1    Flamur Prishtina                                                                Case number (if known) _____

| 4.5 2 | **Dustin Ludeman** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

| 4.5 3 | **Eden Mendoza** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

| 4.5 4 | **Eduardo Maldonado** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

Debtor 1    **Flamur Prishtina**                              Case number (if known) _____

---

**4.5
5**

**Efrain Torres**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number    **2024**              **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Litigation**

---

**4.5
6**

**Elizabeth Mosquera**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number    **2024**              **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Litigation**

---

**4.5
7**

**Ellis Tavarez**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

Last 4 digits of account number    **2024**              **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify   **Litigation**

---

Debtor 1    Flamur Prishtina

| 4.5 8 | | |
|---|---|---|
| **Erick Macancela** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Litigation**

---

| 4.5 9 | | |
|---|---|---|
| **Erin Quinn** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Litigation**

---

| 4.6 0 | | |
|---|---|---|
| **Ernest Pollman** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify    **Litigation**

---

Debtor 1   **Flamur Prishtina**                                                    Case number (if known) _____

| 4.6<br>1 | **Euro Home Design** | Last 4 digits of account number _____ | $13,800.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**115-60 Dunkirk Street**
**Saint Albans, NY 11412**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Constructio Supplies**

---

| 4.6<br>2 | **Excel Wood Floors** | Last 4 digits of account number _____ | $10,800.00 |
|---|---|---|---|

Nonpriority Creditor's Name

**30-13 Eastchester Road**
**Bronx, NY 10469**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Construction Supplies**

---

| 4.6<br>3 | **Facundo De La Merced Sanchez** | Last 4 digits of account number  **2024** | Unknown |
|---|---|---|---|

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No
☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify   **Litigation**

---

Debtor 1    Flamur Prishtina

---

**4.6 4**

**Fahri Krasniqi**

Nonpriority Creditor's Name

**25-66 Ocean Avenue**
**Unit B8**
**Brooklyn, NY 11229**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        $17,190.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Back Wages Owed**

---

**4.6 5**

**Fidel Santiago Genao Chevalier**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **2024**        **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Litigation**

---

**4.6 6**

**Francis Bascombe**

Nonpriority Creditor's Name

**40 Woodruff**
**Apt. 604**
**Brooklyn, NY 11226**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ Check if this claim is for a community debt

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number _____        $4,080.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Back Wages Owed**

---

Debtor 1    Flamur Prishtina

_____ (if known)

**4.6 7**

**Freddy Vazquez**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                          **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.6 8**

**Fumiko Tamura**

Nonpriority Creditor's Name

**c/o Wilber & Associates**
**210 Landmark Drive**
**Normal, IL 61761**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                          **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.6 9**

**G. Faith Little**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                          **Unknown**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

Debtor 1    **Flamur Prishtina**                                                    Case number (if known) _____

| 4.70 | | |
|---|---|---|

**Gary Najjarian**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

| 4.71 | | |
|---|---|---|

**Giovanni Tamayo**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

| 4.72 | | |
|---|---|---|

**Glenn Little**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

Debtor 1   Flamur Prishtina _____ Case number (if known) _____

---

| 4.7 3 | **Gregorio Hernandez** | Last 4 digits of account number | 2024 | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Litigation**

---

| 4.7 4 | **Hana Littleford** | Last 4 digits of account number | 2024 | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Litigation**

---

| 4.7 5 | **Heather Fairfield** | Last 4 digits of account number | 2024 | Unknown |
|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**
**Is the claim subject to offset?**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

■ No
☐ Yes

■ Other. Specify   **Litigation**

---

Debtor 1   **Flamur Prishtina**                                     Case number (if known) _____

---

| 4.76 | | | |
|---|---|---|---|

**Hilda Raab**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2024**     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Litigation**

---

| 4.77 | | | |
|---|---|---|---|

**Home Depot Credit Services**
Nonpriority Creditor's Name

**Dept 32 - 2229424225**
**PO Box 70614**
**Philadelphia, PA 19176-0614**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **4225**     **$32,943.38**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Credit Card (Collections)**

---

| 4.78 | | | |
|---|---|---|---|

**Jairo Macancela**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2024**     **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify **Litigation**

---

Debtor 1    Flamur Prishtina _____    Case number (if known) _____

---

**4.79**

**James Arbona**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **2024** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Litigation** _____

---

**4.80**

**Janet Kim**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **2024** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Litigation** _____

---

**4.81**

**Jaqueline Colon**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No

☐ Yes

Last 4 digits of account number    **2024** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☑ Other. Specify    **Litigation** _____

---

Debtor 1    **Flamur Prishtina**                                    Case number (if known) _____

---

| 4.8 2 | **Jason Eck** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Litigation**

---

| 4.8 3 | **Jenelle Bringer** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Litigation**

---

| 4.8 4 | **Jennifer Avila** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
**☐ Check if this claim is for a community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify    **Litigation**

---

Debtor 1    Flamur Prishtina

First Name    Middle Name    Last Name    Case number (if known)

---

| 4.8 5 | **Jennifer Rosero Arias** | | Last 4 digits of account number | **2024** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

| 4.8 6 | **Jeremy A. Glass** | | Last 4 digits of account number | **2024** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

| 4.8 7 | **Jeremy Ke** | | Last 4 digits of account number | **2024** | | **Unknown** |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred?

Number Street City State Zip Code

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

Debtor 1    Flamur Prishtina _____ Case number (if known) _____

---

| 4.8 8 | **Jessica Hernandez** _____ | Last 4 digits of account number **2024** _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Litigation** _____

---

| 4.8 9 | **Jesus Pitta** _____ | Last 4 digits of account number **2024** _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Litigation** _____

---

| 4.9 0 | **Ji-Sup Yang** _____ | Last 4 digits of account number **2024** _____ | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify **Litigation** _____

---

Debtor 1    Flamur Prishtina _____ Case number (if known) _____

| 4.9 1 | **Jiaying Liang a/k/a Corey Liang** | Last 4 digits of account number | **2024** | | Unknown |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Litigation**

---

| 4.9 2 | **Joesph Manjarres** | Last 4 digits of account number | **2024** | | Unknown |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Litigation**

---

| 4.9 3 | **Jorge Ruiz** | Last 4 digits of account number | **2024** | | Unknown |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☐ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☐ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Other. Specify **Litigation**

---

Debtor 1    Flamur Prishtina

Case number (if known) _____

| 4.9 4 | Jose Laurencio Cruz |
|---|---|

Nonpriority Creditor's Name

c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 2024                  Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

---

| 4.9 5 | Joseph Palaguachi |
|---|---|

Nonpriority Creditor's Name

c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 2024                  Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

---

| 4.9 6 | Joses Navarro |
|---|---|

Nonpriority Creditor's Name

c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ Check if this claim is for a community debt

**Is the claim subject to offset?**

■ No
☐ Yes

**Last 4 digits of account number** 2024                  Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

Debtor 1    Flamur Prishtina

Case number (if known) _____

---

4.9 7

**Juan Carlos Navarrete Garcia**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

4.9 8

**Judson Jones**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

4.9 9

**Julian Vallejo**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

Debtor 1    **Flamur Prishtina**
_____ (if known)

---

| 4.1 00 | | |
|---|---|---|

**Kamrun Siddiqi**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2024**          **Unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

---

| 4.1 01 | | |
|---|---|---|

**Kaoru Hayama**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2024**          **Unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

---

| 4.1 02 | | |
|---|---|---|

**Karen Ramirez**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number **2024**          **Unknown**

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

---

Debtor 1    Flamur Prishtina

Name (if known)

| 4.1 03 | Karina Duque-Sueldo | | Last 4 digits of account number | 2024 | | Unknown |

Nonpriority Creditor's Name

c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Litigation**

---

| 4.1 04 | Kathleen Kim | | Last 4 digits of account number | 2024 | | Unknown |

Nonpriority Creditor's Name

c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Litigation**

---

| 4.1 05 | Kefan Li | | Last 4 digits of account number | 2024 | | Unknown |

Nonpriority Creditor's Name

c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt? Check one.**

☐ Contingent
☐ Unliquidated
☐ Disputed

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

■ No
☐ Yes

■ Other. Specify   **Litigation**

---

Debtor 1    **Flamur Prishtina**                                    Case number (if known) _____

---

| 4.1 06 | **Kelly Quinn** | | Last 4 digits of account number | **2024** | | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

☐ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ No

■ Other. Specify    **Litigation**

☐ Yes

---

| 4.1 07 | **Kevin Carranza** | | Last 4 digits of account number | **2024** | | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Litigation**

☐ Yes

---

| 4.1 08 | **Kevin Lu** | | Last 4 digits of account number | **2024** | | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

When was the debt incurred? _____

Number Street City State Zip Code

As of the date you file, the claim is: Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent

■ Debtor 1 only

☐ Unliquidated

☐ Debtor 2 only

☐ Disputed

☐ Debtor 1 and Debtor 2 only

**Type of NONPRIORITY unsecured claim:**

☐ At least one of the debtors and another

☐ Student loans

☐ **Check if this claim is for a community debt**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

☐ Debts to pension or profit-sharing plans, and other similar debts

■ No

■ Other. Specify    **Litigation**

☐ Yes

---

Debtor 1    **Flamur Prishtina**

---

**4.1 09**

**Kimberly Lopez Espinosa**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2024**          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Litigation**

---

**4.1 10**

**Kinsale Insurance**
Nonpriority Creditor's Name
**PO Box 734986**
**Dallas, TX 75373-4986**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2170**          **$5,000.00**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Insurance Deductible**

---

**4.1 11**

**Kosta Katsavrias**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2024**          **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Litigation**

---

Debtor 1    Flamur Prishtina _____ Case number (if known) _____

---

**4.1
12**

**Lauern Koenig** _____

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **2024** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Litigation** _____

---

**4.1
13**

**Lauren Lanzaro** _____

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **2024** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Litigation** _____

---

**4.1
14**

**Libio Palaguachi** _____

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number   **2024** _____    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify   **Litigation** _____

---

Debtor 1    **Flamur Prishtina**                                                    Case number (if known) _____

**4.1**
**15**

**Lilit Kumar**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**          **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1**
**16**

**Linda Moore**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**          **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1**
**17**

**Lindsay Kremin**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**          **Unknown**

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

Debtor 1    Flamur Prishtina

_____
First Name    Middle Name    Last Name (if known)

### 4.1 18

**Lizette Palaguachi**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **2024**    **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Litigation**

### 4.1 19

**Loida Santiago**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **2024**    **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Litigation**

### 4.1 20

**Lorena Ortiz**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**Last 4 digits of account number**    **2024**    **Unknown**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Litigation**

Debtor 1    **Flamur Prishtina**                                    _____
                                                                    (Case number (if known)

**4.1
21**    **Luis Macancela**                          Last 4 digits of account number    **2024**                            **Unknown**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**                     When was the debt incurred?    _____
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

Who incurred the debt? Check one.                   As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                     □ Contingent
□ Debtor 2 only                                     □ Unliquidated
□ Debtor 1 and Debtor 2 only                        □ Disputed
□ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
□ Check if this claim is for a  community            □ Student loans
debt                                                □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    □ Debts to pension or profit-sharing plans, and other similar debts
■ No
□ Yes                                               ■ Other. Specify    **Litigation**

---

**4.1
22**    **Luis Martinez**                           Last 4 digits of account number    **2024**                            **Unknown**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**                     When was the debt incurred?    _____
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

Who incurred the debt? Check one.                   As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                     □ Contingent
□ Debtor 2 only                                     □ Unliquidated
□ Debtor 1 and Debtor 2 only                        □ Disputed
□ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
□ Check if this claim is for a  community            □ Student loans
debt                                                □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    □ Debts to pension or profit-sharing plans, and other similar debts
■ No
□ Yes                                               ■ Other. Specify    **Litigation**

---

**4.1
23**    **Luis Santiago**                           Last 4 digits of account number    **2024**                            **Unknown**
_____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**                     When was the debt incurred?    _____
**260 Madison Avenue**
**New York, NY 10016**
_____
Number Street City State Zip Code

Who incurred the debt? Check one.                   As of the date you file, the claim is: Check all that apply

■ Debtor 1 only                                     □ Contingent
□ Debtor 2 only                                     □ Unliquidated
□ Debtor 1 and Debtor 2 only                        □ Disputed
□ At least one of the debtors and another           Type of NONPRIORITY unsecured claim:
□ Check if this claim is for a  community            □ Student loans
debt                                                □ Obligations arising out of a separation agreement or divorce that you did not
Is the claim subject to offset?                     report as priority claims
                                                    □ Debts to pension or profit-sharing plans, and other similar debts
■ No
□ Yes                                               ■ Other. Specify    **Litigation**

Debtor 1    Flamur Prishtina                                                      Case number (if known) _____

**4.1**
**24**

**Luz Elena Narvaez**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number    **2024**              Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.1**
**25**

**Madlene Najjarian**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number    **2024**              Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.1**
**26**

**Margarita Santiago**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
□ Yes

Last 4 digits of account number    **2024**              Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans
□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
□ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

Debtor 1    Flamur Prishtina

Case number (if known) _____

**4.1
27**

**Maria Cruz**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

**4.1
28**

**Maria Del Carmen Rodriguez Linares**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

**4.1
29**

**Maria Derafael**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

Debtor 1   **Flamur Prishtina**                                        _____ (if known)

---

4.1
30

**Maria Lopez**                                    Last 4 digits of account number   **2024**                          Unknown

Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**                    When was the debt incurred?      _____
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Litigation**

---

4.1
31

**Maria Murcia**                                   Last 4 digits of account number   **2024**                          Unknown

Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**                    When was the debt incurred?      _____
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Litigation**

---

4.1
32

**Maria Ortiz Quijano**                            Last 4 digits of account number   **2024**                          Unknown

Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**                    When was the debt incurred?      _____
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code                  **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt? Check one.**

■ Debtor 1 only                                    ☐ Contingent
☐ Debtor 2 only                                    ☐ Unliquidated
☐ Debtor 1 and Debtor 2 only                       ☐ Disputed
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**
■ **Check if this claim is for a  community**       ☐ Student loans
**debt**                                           ☐ Obligations arising out of a separation agreement or divorce that you did not
**Is the claim subject to offset?**                report as priority claims
■ No                                               ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                              ■ Other. Specify   **Litigation**

---

Debtor 1    **Flamur Prishtina**    Case number (if known) _____

**4.1
33**

**Mariam Mkrtchyan**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.1
34**

**Mark Briggs**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.1
35**

**Martin Camacho**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

Debtor 1    Flamur Prishtina

| 4.1 36 | **Matilde Tastaca** | Last 4 digits of account number **2024** | Unknown |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ☐ Other. Specify **Litigation**

---

| 4.1 37 | **Megan O'Conner** | Last 4 digits of account number **2024** | Unknown |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ☐ Other. Specify **Litigation**

---

| 4.1 38 | **Melissa Orlando** | Last 4 digits of account number **2024** | Unknown |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred?

**Who incurred the debt?** Check one.

As of the date you file, the claim is: Check all that apply

- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts

**Is the claim subject to offset?**

- ☐ No
- ☐ Yes

- ☐ Other. Specify **Litigation**

---

| 4.1 39 | **Melissa Santiago** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

| 4.1 40 | **Mercedes Inoa** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

| 4.1 41 | **Mercedes Morales** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**As of the date you file, the claim is: Check all that apply**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

**4.1
42**

**Michael Lopez**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1
43**

**Michael Teelan**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1
44**

**Milly D. Maldonado**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

---

**4.1
45**

**Milton Enrique**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1
46**

**Milton Sucuzhanay**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1
47**

**Mina Feyrer**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

Debtor 1    **Flamur Prishtina**                                    Case number (if known) _____

---

**4.1**
**48**

**Miyuki Hara** _____

Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2024** ____        Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation**

---

**4.1**
**49**

**Molly Stabell** _____

Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2024** ____        Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation**

---

**4.1**
**50**

**Nadia Rebecca Elia** _____

Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number   **2024** ____        Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation**

---

Debtor 1    Flamur Prishtina                                          Case number (if known) _____

---

**4.1
51**

**Nancy Bronsteen**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Litigation**

---

**4.1
52**

**Nancy Hurtado**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Litigation**

---

**4.1
53**

**Nasir Haider**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify    **Litigation**

---

Debtor 1   Flamur Prishtina _____ Case number (if known) _____

---

**4.1 54**

**Nora Luz Restrepo Molina**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  2024          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Litigation**

---

**4.1 55**

**Oliva Mendez**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  2024          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Litigation**

---

**4.1 56**

**Oscar Sanclemente**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

**Last 4 digits of account number**  2024          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify **Litigation**

---

Debtor 1    Flamur Prishtina _____ Case number (if known) _____

**4.1 57**

**Pedro Henrique Costa Pires**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.1 58**

**Peter Herea**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.1 59**

**Peter Rouiller**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    Unknown

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

Debtor 1   **Flamur Prishtina**                                                   Case number (if known) _____

| 4.1 60 | | |
|---|---|---|

**Pureza Vazquez**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **2024**            Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Litigation**

| 4.1 61 | | |
|---|---|---|

**Rachell Hernandez**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **2024**            Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Litigation**

| 4.1 62 | | |
|---|---|---|

**Raymond Rosario**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number **2024**            Unknown

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Litigation**

Debtor 1    Flamur Prishtina

First Name    Middle Name    Last Name    Case number (if known)

---

**4.1
63**

**Ricardo Benedito Martins**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1
64**

**Richaed Moore**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1
65**

**Robert Moore**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

Debtor 1    Flamur Prishtina

First Name    Middle Name    Last Name (if known)

---

**4.1
66**

**Rosa Acero**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1
67**

**Rosa Crespo Sanchez**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1
68**

**Rosa Leon**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

Debtor 1    **Flamur Prishtina**                                    Case number (if known) _____

---

| 4.1 69 | **Ruth Santiago** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

---

| 4.1 70 | **Ryan Barone** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

---

| 4.1 71 | **Ryu Hayama** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

**When was the debt incurred?**  _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify  **Litigation**

---

**4.1**
**72**

**Said Ourabah**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1**
**73**

**Sakiko Iida**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

**4.1**
**74**

**Sam Johnson**
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number    **2024**    Unknown

When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    **Litigation**

---

Debtor 1    Flamur Prishtina

First Name    Middle Name    Last Name      Case number (if known)

---

**4.1**
**75**

**Sam Picardal**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Litigation**

---

**4.1**
**76**

**Samia Soodi**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Litigation**

---

**4.1**
**77**

**Sarah Powell-Shaff**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number    **2024**                    Unknown

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Litigation**

---

**4.1 78**

**Seyoung Han**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2024**    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

**4.1 79**

**Shelly Phifer**

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **2024**    **Unknown**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation**

---

**4.1 80**

**Shpend Pula**

Nonpriority Creditor's Name

**98-30 67 Avenue**
**Apt. 4D**
**Rego Park, NY 11374**

Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number    **$2,800.00**

**When was the debt incurred?**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Back Wages Owed**

---

Debtor 1    Flamur Prishtina _____ Case number (if known) _____

| 4.1 81 | **Silvia Reyes** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Litigation**

---

| 4.1 82 | **Sokol Gashi** | Last 4 digits of account number | | **$800.00** |

Nonpriority Creditor's Name

**3685 Shore Pkwy**
**Apt. 6E**
**Brooklyn, NY 11235**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Back Wages Owed**

---

| 4.1 83 | **Srdan Babic** | Last 4 digits of account number | **2024** | **Unknown** |

Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**

Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

**As of the date you file, the claim is: Check all that apply**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify  **Litigation**

---

Debtor 1    **Flamur Prishtina**                                    Case number (if known) _____

---

**4.1
84**

**Steve Vargas**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.1
85**

**Susy Holgguin**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

**4.1
86**

**Tahlya Loveday**
Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

**Who incurred the debt? Check one.**

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

■ No
☐ Yes

Last 4 digits of account number    **2024**                    **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
■ Other. Specify    **Litigation**

---

Debtor 1   Flamur Prishtina

Case number (if known) _____

| 4.1 87 | | | |

**Theresa Lilly**
Nonpriority Creditor's Name

c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2024**          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation**

---

| 4.1 88 | | | |

**Tiffany Robinson**
Nonpriority Creditor's Name

c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number **2024**          **Unknown**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Litigation**

---

| 4.1 89 | | | |

**Tomas Cordova**
Nonpriority Creditor's Name

511 West 147th Street
Apt. 31
New York, NY 10031
Number Street City State Zip Code

**Who incurred the debt? Check one.**

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number _____          **$5,420.00**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify   **Back Wages Owed**

---

Debtor 1    Flamur Prishtina _____ Case number (if known) _____

---

**4.1
90**

**Valmore Paisley** _____
Nonpriority Creditor's Name

**8602 Avenue B**
**Apt. 1**
**Brooklyn, NY 11236** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number ___ ___ ___ ___                    $4,370.00

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Back Wages Owed** _____

---

**4.1
91**

**Vivienne Gucwa** _____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **2024**                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation** _____

---

**4.1
92**

**Yeny Garzon** _____
Nonpriority Creditor's Name

**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016** _____
Number Street City State Zip Code

**Who incurred the debt? Check one.**

- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☑ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

Last 4 digits of account number  **2024**                    **Unknown**

When was the debt incurred? _____

As of the date you file, the claim is: Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify    **Litigation** _____

---

| | | |
|---|---|---|
| **Zachary Hunter** | Last 4 digits of account number **2024** | **Unknown** |

Nonpriority Creditor's Name
**c/o McLaughlin & Stern, LLP**
**260 Madison Avenue**
**New York, NY 10016**
Number Street City State Zip Code

When was the debt incurred? _____

**Who incurred the debt? Check one.**

As of the date you file, the claim is: Check all that apply

☐ Contingent

■ Debtor 1 only

☐ Debtor 2 only

☐ Unliquidated

☐ Debtor 1 and Debtor 2 only

☐ Disputed

☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

■ **Check if this claim is for a community debt**

☐ Student loans

**Is the claim subject to offset?**

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

■ No

☐ Debts to pension or profit-sharing plans, and other similar debts

☐ Yes

■ Other. Specify  **Litigation**

---

**Part 3:    List Others to Be Notified About a Debt That You Already Listed**

5. **Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.112** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2024**

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.20** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2024**

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2024**

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.7** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2024**

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.8** of (Check one):

■ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2024**

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.9** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **2024**

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.10** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.11** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.12** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.14** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.15** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.16** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.17** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.5** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.23** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| **Parlatore Law Group LLP** | Line **4.24** of (Check one): |
| | ☐ Part 1: Creditors with Priority Unsecured Claims |

260 Madison Avenue
**17th Floor**
New York, NY 10016

■ Part 2: Creditors with Nonpriority Unsecured Claims

|  |  |
|---|---|
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>260 Madison Avenue<br>**17th Floor**<br>New York, NY 10016 | Line **4.25** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>260 Madison Avenue<br>**17th Floor**<br>New York, NY 10016 | Line **4.26** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>260 Madison Avenue<br>**17th Floor**<br>New York, NY 10016 | Line **4.27** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>260 Madison Avenue<br>**17th Floor**<br>New York, NY 10016 | Line **4.28** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>260 Madison Avenue<br>**17th Floor**<br>New York, NY 10016 | Line **4.29** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number |  |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>260 Madison Avenue<br>**17th Floor**<br>New York, NY 10016 | Line **4.30** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>260 Madison Avenue<br>**17th Floor**<br>New York, NY 10016 | Line **4.31** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>260 Madison Avenue<br>**17th Floor**<br>New York, NY 10016 | Line **4.32** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>260 Madison Avenue<br>**17th Floor**<br>New York, NY 10016 | Line **4.33** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.34** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **17th Floor** | | |
| **New York, NY 10016** | | |
| | Last 4 digits of account number            **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.35** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **17th Floor** | | |
| **New York, NY 10016** | | |
| | Last 4 digits of account number            **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.37** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **17th Floor** | | |
| **New York, NY 10016** | | |
| | Last 4 digits of account number            **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.39** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **17th Floor** | | |
| **New York, NY 10016** | | |
| | Last 4 digits of account number            **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.40** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **17th Floor** | | |
| **New York, NY 10016** | | |
| | Last 4 digits of account number            **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.41** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **17th Floor** | | |
| **New York, NY 10016** | | |
| | Last 4 digits of account number            **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.42** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **17th Floor** | | |
| **New York, NY 10016** | | |
| | Last 4 digits of account number            **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.43** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **17th Floor** | | |
| **New York, NY 10016** | | |
| | Last 4 digits of account number            **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.44** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **17th Floor** | | |
| **New York, NY 10016** | | |
| | Last 4 digits of account number            **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? | |
|---|---|---|
| **Parlatore Law Group LLP** | Line **4.45** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **260 Madison Avenue** | | |

**17th Floor**
**New York, NY 10016**

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.46** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.47** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.48** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.49** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.51** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.52** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.53** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.54** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.55** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims

☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Debtor 1    **Flamur Prishtina**

_____    Case number (if known) _____

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.56** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.57** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.58** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.59** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.60** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.63** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.65** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.67** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.69** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| | |
|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.70** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

**17th Floor**
**New York, NY 10016**

Last 4 digits of account number ___    **2024**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.71** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___    **2024**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.72** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___    **2024**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.73** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___    **2024**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.74** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___    **2024**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.75** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___    **2024**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.76** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___    **2024**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.78** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___    **2024**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.79** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___    **2024**

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.80** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Last 4 digits of account number ___    **2024**

---

Debtor 1    **Flamur Prishtina**                                                                    Case number (if known)

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.81** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.82** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.83** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.84** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.85** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.86** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.87** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.88** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.89** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                    **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.91** of (Check one):     ☐ Part 1: Creditors with Priority Unsecured Claims

                                  ☑ Part 2: Creditors with Nonpriority Unsecured Claims

---

Debtor 1    **Flamur Prishtina**    Case number (if known)

**17th Floor**
**New York, NY 10016**

| | |
|---|---|
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.90** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.93** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.94** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.92** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.95** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.96** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.97** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.98** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.99** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

Debtor 1   **Flamur Prishtina**                                  Case number (if known)

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.100** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.101** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.102** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.103** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.104** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.105** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.106** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.107** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.108** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue** | Line **4.109** of (Check one):  ☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

---

**17th Floor**
**New York, NY 10016**

| | |
|---|---|
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP** | Line **4.111** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP** | Line **4.115** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP** | Line **4.113** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP** | Line **4.114** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP** | Line **4.116** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP** | Line **4.117** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP** | Line **4.118** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP** | Line **4.119** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

---

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP** | Line **4.120** of (Check one): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number | **2024** |

---

Debtor 1   **Flamur Prishtina** _____ Case number (if known) _____

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.121** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.122** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.123** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.124** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.125** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.126** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.127** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.128** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.129** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.130** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims |

Official Form 106 E/F                   **Schedule E/F: Creditors Who Have Unsecured Claims**                   Page 77 of 84

**17th Floor**
**New York, NY 10016**

| | | |
|---|---|---|
| Last 4 digits of account number | **2024** | |

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.131** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.132** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.133** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.134** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.135** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.136** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.137** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.138** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.139** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number       **2024**

---

| | | |
|---|---|---|
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.140** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | **2024** |
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.141** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | **2024** |
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.142** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | **2024** |
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.143** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | **2024** |
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.144** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | **2024** |
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.145** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | **2024** |
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.146** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | **2024** |
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.147** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | **2024** |
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.148** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims | |
| | Last 4 digits of account number | **2024** |
| Name and Address<br>**Parlatore Law Group LLP**<br>**260 Madison Avenue** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.149** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims | |

**17th Floor**
**New York, NY 10016**

Last 4 digits of account number                              **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.150** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                              **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.151** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                              **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.152** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                              **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.153** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                              **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.154** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                              **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.155** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                              **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.156** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                              **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.157** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                              **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.158** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                              **2024**

---

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.159** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.160** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.161** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.162** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.163** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.164** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.165** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.166** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.168** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>■ Part 2: Creditors with Nonpriority Unsecured Claims |
| | Last 4 digits of account number | **2024** |

| Name and Address | | |
|---|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.167** of (Check one): | ☐ Part 1: Creditors with Priority Unsecured Claims<br><br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

**17th Floor**
**New York, NY 10016**

Last 4 digits of account number                                **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.169** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.170** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.171** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.172** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.173** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.174** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.175** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.176** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2024**

---

Name and Address
**Parlatore Law Group LLP**
**260 Madison Avenue**
**17th Floor**
**New York, NY 10016**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.177** of (Check one):
☐ Part 1: Creditors with Priority Unsecured Claims
■ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number                                **2024**

---

Debtor 1   **Flamur Prishtina**

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.178** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.179** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.181** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.183** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.184** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.185** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.186** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.187** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue**<br>**17th Floor**<br>**New York, NY 10016** | Line **4.188** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Last 4 digits of account number | **2024** |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
|---|---|
| **Parlatore Law Group LLP**<br>**260 Madison Avenue** | Line **4.191** of (Check one):<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>☐ Part 2: Creditors with Nonpriority Unsecured Claims |

Debtor 1    **Flamur Prishtina**

**17th Floor**
**New York, NY 10016**

| Last 4 digits of account number | **2024** |
| --- | --- |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Parlatore Law Group LLP** | Line **4.192** of (*Check one*): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number    **2024** | |

| Name and Address | On which entry in Part 1 or Part 2 did you list the original creditor? |
| --- | --- |
| **Parlatore Law Group LLP** | Line **4.193** of (*Check one*): |
| **260 Madison Avenue** | ☐ Part 1: Creditors with Priority Unsecured Claims |
| **17th Floor** | ■ Part 2: Creditors with Nonpriority Unsecured Claims |
| **New York, NY 10016** | |
| Last 4 digits of account number    **2024** | |

---

**Part 4:**    **Add the Amounts for Each Type of Unsecured Claim**

6.  Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159. Add the amounts for each type of unsecured claim.

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $ 19,713.38 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. | **Total Priority.** Add lines 6a through 6d. | 6e. | $ 19,713.38 |

| | | | | Total Claim |
| --- | --- | --- | --- | --- |
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $ 0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 251,099.29 |
| | 6j. | **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 251,099.29 |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Flamur Prishtina** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
# Schedule G: Executory Contracts and Unexpired Leases                              12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City         State      ZIP Code | |
| 2.2 _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City         State      ZIP Code | |
| 2.3 _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City         State      ZIP Code | |
| 2.4 _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City         State      ZIP Code | |
| 2.5 _____<br>Name<br><br>_____<br>Number    Street<br><br>_____<br>City         State      ZIP Code | |

**Fill in this information to identify your case:**

Debtor 1    **Flamur Prishtina**
            First Name              Middle Name              Last Name

Debtor 2
(Spouse if, filing)   First Name    Middle Name              Last Name

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106H
## Schedule H: Your Codebtors

**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☑ No
☐ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☑ No. Go to line 3.
☐ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

**3. In Column 1, list all of your codebtors.** Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| **3.1** _____<br>Name<br><br>_____<br>Number      Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |
| **3.2** _____<br>Name<br><br>_____<br>Number      Street<br>City          State          ZIP Code | ☐ Schedule D, line _____<br>☐ Schedule E/F, line _____<br>☐ Schedule G, line _____ |

**Fill in this information to identify your case:**

Debtor 1     **Flamur Prishtina**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number
(If known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

# Official Form 106I

## Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, if it applies.

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Employment status | ■ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
| | Occupation | **Manager** | |
| | Employer's name | **ABM Industry Group LLC** | |
| | Employer's address | **14141 Southwest FWY STE**<br>**Sugar Land, TX 77478** | |
| | How long employed there? | **9 Months** | |

### Part 2:   Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $   **8,007.00** | $    **N/A** |
| 3. | Estimate and list monthly overtime pay. | 3. | +$   **2,883.00** | +$    **N/A** |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $   **10,890.00** | $    **N/A** |

| Debtor 1 | **Flamur Prishtina** | | Case number (*if known*) | |
|---|---|---|---|---|

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | Copy line 4 here | 4. | $ **10,890.00** | $ **N/A** |
| **5.** | **List all payroll deductions:** | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ **3,692.00** | $ **N/A** |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ **0.00** | $ **N/A** |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ **0.00** | $ **N/A** |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ **0.00** | $ **N/A** |
| | 5e. **Insurance** | 5e. | $ **0.00** | $ **N/A** |
| | 5f. **Domestic support obligations** | 5f. | $ **0.00** | $ **N/A** |
| | 5g. **Union dues** | 5g. | $ **50.00** | $ **N/A** |
| | 5h. **Other deductions.** Specify: | 5h.+ | $ **0.00** + | $ **N/A** |
| **6.** | **Add the payroll deductions.** Add lines 5a+5b+5c+5d+5e+5f+5g+5h. | 6. | $ **3,742.00** | $ **N/A** |
| **7.** | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ **7,148.00** | $ **N/A** |
| **8.** | **List all other income regularly received:** | | | |
| | 8a. **Net income from rental property and from operating a business, profession, or farm** Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ **0.00** | $ **N/A** |
| | 8b. **Interest and dividends** | 8b. | $ **0.00** | $ **N/A** |
| | 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ **0.00** | $ **N/A** |
| | 8d. **Unemployment compensation** | 8d. | $ **0.00** | $ **N/A** |
| | 8e. **Social Security** | 8e. | $ **0.00** | $ **N/A** |
| | 8f. **Other government assistance that you regularly receive** Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. Specify: | 8f. | $ **0.00** | $ **N/A** |
| | 8g. **Pension or retirement income** | 8g. | $ **0.00** | $ **N/A** |
| | 8h. **Other monthly income.** Specify: | 8h.+ | $ **0.00** + | $ **N/A** |
| **9.** | **Add all other income.** Add lines 8a+8b+8c+8d+8e+8f+8g+8h. | 9. | $ **0.00** | $ **N/A** |
| **10.** | **Calculate monthly income.** Add line 7 + line 9. Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $ **7,148.00** + $ **N/A** = | $ **7,148.00** |
| **11.** | **State all other regular contributions to the expenses that you list in *Schedule J*.** Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives. Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J*. Specify: | 11. | +$ | **0.00** |
| **12.** | **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income. Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies | 12. | $ | **7,148.00** **Combined monthly income** |
| **13.** | **Do you expect an increase or decrease within the year after you file this form?** | | | |

13. **Do you expect an increase or decrease within the year after you file this form?**

■ No.

☐ Yes. Explain: _____

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Flamur Prishtina** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____

MM / DD / YYYY

# Official Form 106J

## Schedule J: Your Expenses

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Your Household

1. **Is this a joint case?**

   ■ No. Go to line 2.

   ☐ Yes. **Does Debtor 2 live in a separate household?**

       ☐ No

       ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2. **Do you have dependents?**     ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes.  Fill out this information for each dependent..............

   Do not state the dependents names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| **Daughter** | **24** | ☐ No  ■ Yes |
| **Mother** | **79** | ☐ No  ■ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |
| | | ☐ No  ☐ Yes |

3. **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No

   ☐ Yes

### Part 2: Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. $ | 2,100.00 |
| **If not included in line 4:** | | |
| 4a. Real estate taxes | 4a. $ | 0.00 |
| 4b. Property, homeowner's, or renter's insurance | 4b. $ | 0.00 |
| 4c. Home maintenance, repair, and upkeep expenses | 4c. $ | 75.00 |
| 4d. Homeowner's association or condominium dues | 4d. $ | 0.00 |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. $ | 0.00 |

Debtor 1    **Flamur Prishtina**                                                    Case number (if known) _____

| | | | | |
|---|---|---|---|---|
| 6. | **Utilities:** | | | |
| | 6a. | Electricity, heat, natural gas | 6a. | $  275.00 |
| | 6b. | Water, sewer, garbage collection | 6b. | $  75.00 |
| | 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $  250.00 |
| | 6d. | Other. Specify: | 6d. | $  0.00 |
| 7. | **Food and housekeeping supplies** | | 7. | $  1,225.00 |
| 8. | **Childcare and children's education costs** | | 8. | $  0.00 |
| 9. | **Clothing, laundry, and dry cleaning** | | 9. | $  185.00 |
| 10. | **Personal care products and services** | | 10. | $  100.00 |
| 11. | **Medical and dental expenses** | | 11. | $  317.00 |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | | 12. | $  520.00 |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | | 13. | $  100.00 |
| 14. | **Charitable contributions and religious donations** | | 14. | $  50.00 |
| 15. | **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20. | | | |
| | 15a. | Life insurance | 15a. | $  75.00 |
| | 15b. | Health insurance | 15b. | $  0.00 |
| | 15c. | Vehicle insurance | 15c. | $  250.00 |
| | 15d. | Other insurance. Specify: | 15d. | $  0.00 |
| 16. | **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: | | 16. | $  0.00 |
| 17. | **Installment or lease payments:** | | | |
| | 17a. | Car payments for Vehicle 1 | 17a. | $  0.00 |
| | 17b. | Car payments for Vehicle 2 | 17b. | $  0.00 |
| | 17c. | Other. Specify: | 17c. | $  0.00 |
| | 17d. | Other. Specify: | 17d. | $  0.00 |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | | 18. | $  1,000.00 |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | | 19. | $ |
| 20. | **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | | |
| | 20a. | Mortgages on other property | 20a. | $  0.00 |
| | 20b. | Real estate taxes | 20b. | $  0.00 |
| | 20c. | Property, homeowner's, or renter's insurance | 20c. | $  0.00 |
| | 20d. | Maintenance, repair, and upkeep expenses | 20d. | $  0.00 |
| | 20e. | Homeowner's association or condominium dues | 20e. | $  0.00 |
| 21. | **Other:** Specify:    **IRS** | | 21. | +$  570.00 |

| | | | |
|---|---|---|---|
| 22. | **Calculate your monthly expenses** | | |
| | 22a. Add lines 4 through 21. | $ | 7,167.00 |
| | 22b. Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| | 22c. Add line 22a and 22b.  The result is your monthly expenses. | $ | 7,167.00 |
| 23. | **Calculate your monthly net income.** | | |
| | 23a. Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. $ | 7,148.00 |
| | 23b. Copy your monthly expenses from line 22c above. | 23b. -$ | 7,167.00 |
| | 23c. Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. $ | -19.00 |

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

■ No.
☐ Yes.    | Explain here: |

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| | | |
|---|---|---|
| Debtor 1 | **Flamur Prishtina** | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY | |
| Case number (if known) | | |

☐ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

**You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ Flamur Prishtina** _____    X _____

**Flamur Prishtina**
Signature of Debtor 1                          Signature of Debtor 2

Date **June  3, 2025** _____          Date _____

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Flamur Prishtina** |
| | First Name      Middle Name      Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name      Middle Name      Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 107

## Statement of Financial Affairs for Individuals Filing for Bankruptcy
04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Give Details About Your Marital Status and Where You Lived Before

**1.    What is your current marital status?**

■ Married
☐ Not married

**2.    During the last 3 years, have you lived anywhere other than where you live now?**

■ No
☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

**3.    Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

■ No
☐ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

**4.    Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
■ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) | **Sources of income** Check all that apply. | **Gross income** (before deductions and exclusions) |
| **From January 1 of current year until the date you filed for bankruptcy:** | ■ Wages, commissions, bonuses, tips | **$46,000.00** | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Flamur Prishtina**

Case number *(if known)*

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions and exclusions) |
| **For last calendar year:**<br>**(January 1 to December 31, 2024 )** | ■ Wages, commissions, bonuses, tips | $46,507.00 | ☐ Wages, commissions, bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ■ No
   ☐ Yes. Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Describe below. | **Gross income from each source**<br>(before deductions and exclusions) | **Sources of income**<br>Describe below. | **Gross income**<br>(before deductions and exclusions) |

| **Part 3:** | **List Certain Payments You Made Before You Filed for Bankruptcy** |
|---|---|

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ **No.** **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $8,575* or more?

   ☐ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $8,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ **Yes.** **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ■ No.    Go to line 7.
   ☐ Yes    List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

Debtor 1    Flamur Prishtina                                    Case number *(if known)*

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
    Include payments on debts guaranteed or cosigned by an insider.

    ■ No
    ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment Include creditor's name |
|---|---|---|---|---|

## Part 4:    Identify Legal Actions, Repossessions, and Foreclosures

9.  **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
    List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

    ■ No
    ☐ Yes. Fill in the details.

| Case title Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ■ No. Go to line 11.
    ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property Explain what happened | Date | Value of the property |
|---|---|---|---|

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
    ■ No
    ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
|---|---|---|---|

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
    ■ No
    ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
    ■ No
    ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
|---|---|---|---|

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
    ■ No
    ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600 Charity's Name Address (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
|---|---|---|---|

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster,**

Debtor 1    Flamur Prishtina    Case number *(if known)*

**or gambling?**

- ☐ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property.* | Date of your loss | Value of property lost |
|---|---|---|---|

---

**Part 7:    List Certain Payments or Transfers**

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
    Do not include any payment or transfer that you listed on line 16.

- ☐ No
- ☐ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
    Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

- ☐ No
- ☐ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices.*)

- ☐ No
- ☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

---

**Part 8:    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units**

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

- ☐ No
- ☐ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    **Flamur Prishtina**                                         Case number *(if known)*

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Financial Institution<br>**Address** (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of Storage Facility<br>**Address** (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>**Address** (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|

---

**Part 9:    Identify Property You Hold or Control for Someone Else**

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

   ■ No
   ☐ Yes.  Fill in the details.

| Owner's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|

---

**Part 10:    Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

■ *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

■ *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

■ *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

25. **Have you notified any governmental unit of any release of hazardous material?**

   ■ No
   ☐ Yes. Fill in the details.

| Name of site<br>**Address** (Number, Street, City, State and ZIP Code) | Governmental unit<br>**Address** (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1    Flamur Prishtina                                                    Case number *(if known)*

---

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

  ■ No
  ☐ Yes. Fill in the details.

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City,<br>State and ZIP Code) | Nature of the case | Status of the<br>case |
|---|---|---|---|
|  |  |  |  |

---

| Part 11: | Give Details About Your Business or Connections to Any Business |
|---|---|

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

  ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

  ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

  ☐ A partner in a partnership

  ☐ An officer, director, or managing executive of a corporation

  ☐ An owner of at least 5% of the voting or equity securities of a corporation

  ☐ No. None of the above applies.  Go to Part 12.

  ■ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| Prishtina Construction Designs,<br>Inc.<br>14-69 154th Street<br>1st Floor<br>Whitestone, NY 11357 | Residential Construction | EIN:    80-0728144<br><br>From-To    5/17/2011 to Present |
| Prishtina Building Services Inc.<br>14-69 154th Street<br>1st Floor<br>Whitestone, NY 11357 | Construction Services | EIN:<br><br>From-To    7/1/2016 to Present |

---

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

  ■ No
  ☐ Yes. Fill in the details below.

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
|  |  |

---

| Part 12: | Sign Below |
|---|---|

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

/s/ Flamur Prishtina

**Flamur Prishtina**                                             Signature of Debtor 2
Signature of Debtor 1

Date   June 3, 2025                                             Date

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?
■ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Flamur Prishtina** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7     12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ **creditors have claims secured by your property, or**
■ **you have leased personal property and the lease has not expired.**
You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Provident Bank**<br><br>Description of property securing debt: **Business Assets. (UCC-1 Filing Numbers 201606245761004 and 202201315173396 )** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |

**Part 2:    List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |
| Lessor's name:<br>Description of leased Property: | ☐ No<br><br>☐ Yes |

Debtor 1   **Flamur Prishtina**                                        Case number *(if known)*

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

Lessor's name:
Description of leased
Property:

☐ No

☐ Yes

**Part 3:**   **Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal
property that is subject to an unexpired lease.

X   **/s/ Flamur Prishtina**                                  X
    **Flamur Prishtina**                                          Signature of Debtor 2
    Signature of Debtor 1

    Date   **June  3, 2025**                                  Date

Official Form 108            **Statement of Intention for Individuals Filing Under Chapter 7**            page 2

**Fill in this information to identify your case:**

Debtor 1    Flamur Prishtina

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:    District of New Jersey

Case number
(if known)

Check one box only as directed in this form and in Form 122A-1Supp:

- ■ 1. There is no presumption of abuse
- ☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).
- ☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

## Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

**Part 1:    Calculate Your Current Monthly Income**

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married.** Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ■ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☐ **Living in the same household and are not legally separated.** Fill out Column A and B, lines 2-11.

      ■ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $ 10,890.00 | $ |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $ 0.00 | $ |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $ 0.00 | $ |
| 5. | **Net income from operating a business, profession, or farm** | | |

                      **Debtor 1**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from a business, profession, or farm | $ 0.00 | Copy here -> $ 0.00 | $ |

6. **Net income from rental and other real property**

                      **Debtor 1**

| | | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $ 0.00 | | |
| Ordinary and necessary operating expenses | -$ 0.00 | | |
| Net monthly income from rental or other real property | $ 0.00 | Copy here -> $ 0.00 | $ |

| | | Column A | Column B |
|---|---|---|---|
| 7. | **Interest, dividends, and royalties** | $ 0.00 | $ |

Debtor 1    **Flamur Prishtina**

Case number (if known) _____

| | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|

8. **Unemployment compensation**
$ _____ 0.00    $ _____

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

For you    $ _____ 0.00
For your spouse    $ _____

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.
$ _____ 0.00    $ _____

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

. _____    $ _____ 0.00    $ _____
_____    $ _____ 0.00    $ _____

Total amounts from separate pages, if any.    + $ _____ 0.00    $ _____

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.
$ **10,890.00**  + $ _____  = $ **10,890.00**

**Total current monthly income**

| **Part 2:** | **Determine Whether the Means Test Applies to You** |
|---|---|

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 …………… **Copy line 11 here=>**    $ **10,890.00**

Multiply by 12 (the number of months in a year)    **x 12**

12b. The result is your annual income for this part of the form    12b. $ **130,680.00**

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.    **NJ**

Fill in the number of people in your household.    **3**

Fill in the median family income for your state and size of household. ………………………    13. $ **131,173.00**
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a. ■    Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b. ☐    Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A–2.

| **Part 3:** | **Sign Below** |
|---|---|

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

X **/s/ Flamur Prishtina**
_____
**Flamur Prishtina**
Signature of Debtor 1

Date    **June 3, 2025**
_____

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor 1   **Flamur Prishtina**                                          Case number *(if known)*

MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

## Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)

This notice is for you if:

You are an individual filing for bankruptcy, and

Your debts are primarily consumer debts. *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

**The types of bankruptcy that are available to individuals**

Individuals who meet the qualifications may file under one of four different chapters of Bankruptcy Code:

Chapter 7 - Liquidation

Chapter 11 - Reorganization

Chapter 12 - Voluntary repayment plan for family farmers or fishermen

Chapter 13 - Voluntary repayment plan for individuals with regular income

**You should have an attorney review your decision to file for bankruptcy and the choice of chapter.**

| Chapter 7: | Liquidation |
|---|---|
| $245 | filing fee |
| $78 | administrative fee |
| + $15 | trustee surcharge |
| $338 | total fee |

Chapter 7 is for individuals who have financial difficulty preventing them from paying their debts and who are willing to allow their non-exempt property to be used to pay their creditors. The primary purpose of filing under chapter 7 is to have your debts discharged. The bankruptcy discharge relieves you after bankruptcy from having to pay many of your pre-bankruptcy debts. Exceptions exist for particular debts, and liens on property may still be enforced after discharge. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

However, if the court finds that you have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge.

You should know that even if you file chapter 7 and you receive a discharge, some debts are not discharged under the law. Therefore, you may still be responsible to pay:

most taxes;

most student loans;

domestic support and property settlement obligations;

most fines, penalties, forfeitures, and criminal restitution obligations; and

certain debts that are not listed in your bankruptcy papers.

You may also be required to pay debts arising from:

fraud or theft;

fraud or defalcation while acting in breach of fiduciary capacity;

intentional injuries that you inflicted; and

death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs.

If your debts are primarily consumer debts, the court can dismiss your chapter 7 case if it finds that you have enough income to repay creditors a certain amount. You must file *Chapter 7 Statement of Your Current Monthly Income* (Official Form 122A–1) if you are an individual filing for bankruptcy under chapter 7. This form will determine your current monthly income and compare whether your income is more than the median income that applies in your state.

If your income is not above the median for your state, you will not have to complete the other chapter 7 form, the *Chapter 7 Means Test Calculation* (Official Form 122A–2).

If your income is above the median for your state, you must file a second form —the *Chapter 7 Means Test Calculation* (Official Form 122A–2). The calculations on the form— sometimes called the *Means Test*—deduct from your income living expenses and payments on certain debts to determine any amount available to pay unsecured creditors. If

your income is more than the median income for your state of residence and family size, depending on the results of the *Means Test*, the U.S. trustee, bankruptcy administrator, or creditors can file a motion to dismiss your case under § 707(b) of the Bankruptcy Code. If a motion is filed, the court will decide if your case should be dismissed. To avoid dismissal, you may choose to proceed under another chapter of the Bankruptcy Code.

If you are an individual filing for chapter 7 bankruptcy, the trustee may sell your property to pay your debts, subject to your right to exempt the property or a portion of the proceeds from the sale of the property. The property, and the proceeds from property that your bankruptcy trustee sells or liquidates that you are entitled to, is called *exempt property*. Exemptions may enable you to keep your home, a car, clothing, and household items or to receive some of the proceeds if the property is sold.

Exemptions are not automatic. To exempt property, you must list it on *Schedule C: The Property You Claim as Exempt* (Official Form 106C). If you do not list the property, the trustee may sell it and pay all of the proceeds to your creditors.

## Chapter 11: Reorganization

| | | |
|---|---:|---|
| | $1,167 | filing fee |
| + | $571 | administrative fee |
| | $1,738 | total fee |

Chapter 11 is often used for reorganizing a business, but is also available to individuals. The provisions of chapter 11 are too complicated to summarize briefly.

**Read These Important Warnings**

Because bankruptcy can have serious long-term financial and legal consequences, including loss of your property, you should hire an attorney and carefully consider all of your options before you file. Only an attorney can give you legal advice about what can happen as a result of filing for bankruptcy and what your options are. If you do file for bankruptcy, an attorney can help you fill out the forms properly and protect you, your family, your home, and your possessions.

Although the law allows you to represent yourself in bankruptcy court, you should understand that many people find it difficult to represent themselves successfully. The rules are technical, and a mistake or inaction may harm you. If you file without an attorney, you are still responsible for knowing and following all of the legal requirements.

You should not file for bankruptcy if you are not eligible to file or if you do not intend to file the necessary documents.

Bankruptcy fraud is a serious crime; you could be fined and imprisoned if you commit fraud in your bankruptcy case. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Chapter 12: Repayment plan for family farmers or fishermen

|   |        |                    |
|---|--------|--------------------|
|   | $200   | filing fee         |
| + | $78    | administrative fee |
|   | $278   | total fee          |

Similar to chapter 13, chapter 12 permits family farmers and fishermen to repay their debts over a period of time using future earnings and to discharge some debts that are not paid.

### Chapter 13: Repayment plan for individuals with regular income

|   |        |                    |
|---|--------|--------------------|
|   | $235   | filing fee         |
| + | $78    | administrative fee |
|   | $313   | total fee          |

Chapter 13 is for individuals who have regular income and would like to pay all or part of their debts in installments over a period of time and to discharge some debts that are not paid. You are eligible for chapter 13 only if your debts are not more than certain dollar amounts set forth in 11 U.S.C. § 109.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, usually using your future earnings. If the court approves your plan, the court will allow you to repay your debts, as adjusted by the plan, within 3 years or 5 years, depending on your income and other factors.

After you make all the payments under your plan, many of your debts are discharged. The debts that are not discharged and that you may still be responsible to pay include:

 domestic support obligations,

 most student loans,

 certain taxes,

 debts for fraud or theft,

 debts for fraud or defalcation while acting in a fiduciary capacity,

 most criminal fines and restitution obligations,

 certain debts that are not listed in your bankruptcy papers,

 certain debts for acts that caused death or personal injury, and

 certain long-term secured debts.

**Warning: File Your Forms on Time**

Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information about your creditors, assets, liabilities, income, expenses and general financial condition. The court may dismiss your bankruptcy case if you do not file this information within the deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.

For more information about the documents and their deadlines, go to:
http://www.uscourts.gov/forms/bankruptcy-forms

**Bankruptcy crimes have serious consequences**

If you knowingly and fraudulently conceal assets or make a false oath or statement under penalty of perjury—either orally or in writing—in connection with a bankruptcy case, you may be fined, imprisoned, or both.

All information you supply in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the U.S. Trustee, the Office of the U.S. Attorney, and other offices and employees of the U.S. Department of Justice.

**Make sure the court has your mailing address**

The bankruptcy court sends notices to the mailing address you list on *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101). To ensure that you receive information about your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.

A married couple may file a bankruptcy case together—called a *joint case*. If you file a joint case and each spouse lists the same mailing address on the bankruptcy petition, the bankruptcy court generally will mail you and your spouse one copy of each notice, unless you file a statement with the court asking that each spouse receive separate copies.

**Understand which services you could receive from credit counseling agencies**

The law generally requires that you receive a credit counseling briefing from an approved credit counseling agency. 11 U.S.C. § 109(h). If you are filing a joint case, both spouses must receive the briefing. With limited exceptions, you must receive it within the 180 days *before* you file your bankruptcy petition. This briefing is usually conducted by telephone or on the Internet.

In addition, after filing a bankruptcy case, you generally must complete a financial management instructional course before you can receive a discharge. If you are filing a joint case, both spouses must complete the course.

You can obtain the list of agencies approved to provide both the briefing and the instructional course from: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

In Alabama and North Carolina, go to: http://www.uscourts.gov/services-forms/bankruptcy/credit-counseling-and-debtor-education-courses.

If you do not have access to a computer, the clerk of the bankruptcy court may be able to help you obtain the list.

B2030 (Form 2030) (12/15)

## United States Bankruptcy Court
### District of New Jersey

In re   **Flamur Prishtina**                                                    Case No. _____

_____                    Chapter    **7** _____
                    Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
     compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
     be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

     For legal services, I have agreed to accept ............................................ $ _____**2,000.00**

     Prior to the filing of this statement I have received .......................... $ _____**2,000.00**

     Balance Due _____ $ _____**0.00**

2.   The source of the compensation paid to me was:

     ■ Debtor        ☐ Other (specify):

3.   The source of compensation to be paid to me is:

     ■ Debtor        ☐ Other (specify):

4.   ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

     ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
         copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

     a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
     b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
     c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
     d.  Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
     e.  [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**June  3, 2025**                              **/s/ Darin D. Pinto**
_____                       _____
*Date*                                        **Darin D. Pinto**
                                              *Signature of Attorney*
                                              **Law Offices of Darin D. Pinto, P.C.**
                                              **376 South Avenue East**
                                              **Westfield, NJ 07090**
                                              **(908) 317-9405  Fax: (908) 317-9554**
                                              **dpintolaw@comcast.net**
                                              _____
                                              *Name of law firm*

---

**United States Bankruptcy Court**
**District of New Jersey**

In re   __Flamur Prishtina__                                          Case No. _____
                                    Debtor(s)        Chapter    __7__

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   __June  3, 2025__                  __/s/ Flamur Prishtina__
                                          __Flamur Prishtina__
                                          Signature of Debtor

3A Construction & Design LLC
344 Bethel Avenue
Staten Island, NY 10307


43-09 47th Ave, LLC
c/o Kahana Feld LLP
800 Third Avenue
16th Floor
New York, NY 10177


A&E Real Estate Holdings, LLC
c/o Kahana Feld LLP
800 Third Avenue
16th Floor
New York, NY 10177


A&E Real Estate Management, LLC
c/o Kahana Feld LLP
800 Third Avenue
16th Floor
New York, NY 10177


Abigail Truax
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Adam David Tona
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Adam Shaff
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Al Suk Oh
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Alberto Duque
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Alexandra Good
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Alison Kappel
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


AltaGrarcia Josefina Elia
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


American Express
PO Box 1270
Newark, NJ 07101-1270


Andrew Barksdale
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Andy Amponsah
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Angel Caisaguano
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Anthony Parrish
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Anthony Stone
100 Lefferts Avenue
Apt. 2A
Brooklyn, NY 11225

Apex Plumbing HS
822 Coney Island Avenue
Brooklyn, NY 11218


Arlette Faele
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Ayaan Restoration Inc.
476 McDonald Avneue
# 201
Brooklyn, NY 11218


Barrington Stewart
711 Ocean Avnue
Apt. 4F
Brooklyn, NY 11226


Brian Witte
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Britney Maldonado
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Bryan Mitchell Weinberg
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Carlo Santiago
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Cecilia Aragon
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Cha Young OK
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Chance Utkin
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Chelsey Hernandez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Chloe McKeon
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Chris Del Gatto
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Christa Jones
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Cindy Rodriguez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Cody Alexander Tastaca
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Coney Island Hardware Store
814 Coney Island Avenue
Brooklyn, NY 11218

Constantin Ariton
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Craig Hector
36 E 96th Street
Apt. 2R
Brooklyn, NY 11212


Craig Smith
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Daniel Quinn
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Daniel Vlasceanu
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


David Alvarez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


David Wong
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Deborah Paradise
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Delia Hembra
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Denise Elia
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Dennis Vargas (I)
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Dennis Vargas (II)
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Diego Garzon
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Dominico Loccisano
14-69 154 Street
Whitestone, NY 11357


Donna Liu
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Dustin Ludeman
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Eden Mendoza
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Eduardo Maldonado
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Efrain Torres
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Elizabeth Mosquera
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Ellis Tavarez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Erick Macancela
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Erin Quinn
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Ernest Pollman
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Euro Home Design
115-60 Dunkirk Street
Saint Albans, NY 11412


Excel Wood Floors
30-13 Eastchester Road
Bronx, NY 10469


Facundo De La Merced Sanchez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Fahri Krasniqi
25-66 Ocean Avenue
Unit B8
Brooklyn, NY 11229


Fidel Santiago Genao Chevalier
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Francis Bascombe
40 Woodruff
Apt. 604
Brooklyn, NY 11226


Freddy Vazquez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Fumiko Tamura
c/o Wilber & Associates
210 Landmark Drive
Normal, IL 61761


G. Faith Little
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Gary Najjarian
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Giovanni Tamayo
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Glenn Little
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Gregorio Hernandez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Hana Littleford
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Heather Fairfield
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Hilda Raab
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Home Depot Credit Services
Dept 32 - 2229424225
PO Box 70614
Philadelphia, PA 19176-0614


Internal Revenue Service
2970 Market Street
Mail Stop 5-E04. 117
Philadelphia, PA 19104


Jairo Macancela
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


James Arbona
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Janet Kim
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Jaqueline Colon
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jason Eck
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jenelle Bringer
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jennifer Avila
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jennifer Rosero Arias
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jeremy A. Glass
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jeremy Ke
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jessica Hernadez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jesus Pitta
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Ji-Sup Yang
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jiaying Liang a/k/a Corey Liang
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Joesph Manjarres
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jorge Ruiz
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Jose Laurencio Cruz
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Joseph Palaguachi
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Joses Navarro
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Juan Carlos Navarrete Garcia
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Judson Jones
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Julian Vallejo
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Kamrun Siddiqi
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Kaoru Hayama
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Karen Ramirez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Karina Duque-Sueldo
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Kathleen Kim
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Kefan Li
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Kelly Quinn
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Kevin Carranza
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Kevin Lu
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Kimberly Lopez Espinosa
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Kinsale Insurance
PO Box 734986
Dallas, TX 75373-4986


Kosta Katsavrias
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Lauern Koenig
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Lauren Lanzaro
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Libio Palaguachi
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Lilit Kumar
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Linda Moore
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Lindsay Kremin
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Lizette Palaguachi
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Loida Santiago
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Lorena Ortiz
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Luis Macancela
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Luis Martinez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Luis Santiago
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Luz Elena Narvaez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Madlene Najjarian
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Margarita Santiago
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Maria Cruz
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Maria Del Carmen Rodriguez Linares
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Maria Derafael
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Maria Lopez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Maria Murcia
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Maria Ortiz Quijano
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Mariam Mkrtchyan
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Mark Briggs
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Martin Camacho
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Matilde Tastaca
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Megan O'Conner
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Melissa Orlando
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Melissa Santiago
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Mercedes Inoa
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Mercedes Morales
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Michael Lopez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Michael Teelan
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Milly D. Maldonado
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Milton Enrique
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Milton Sucuzhanay
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Mina Feyrer
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Miyuki Hara
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Molly Stabell
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Nadia Rebecca Elia
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Nancy Bronsteen
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Nancy Hurtado
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Nasir Haider
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Nora Luz Restrepo Molina
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Oliva Mendez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Oscar Sanclemente
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Parlatore Law Group LLP
260 Madison Avenue
17th Floor
New York, NY 10016


Pedro Henrique Costa Pires
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Peter Herea
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Peter Rouiller
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Provident Bank
634 Faitoute Avenue
Roselle Park, NJ 07204

Pureza Vazquez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Rachell Hernandez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Raymond Rosario
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Ricardo Benedito Martins
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Richaed Moore
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Robert Moore
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Rosa Acero
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Rosa Crespo Sanchez
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Rosa Leon
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Ruth Santiago
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Ryan Barone
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Ryu Hayama
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Said Ourabah
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Sakiko Iida
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Sam Johnson
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Sam Picardal
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Samia Soodi
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Sarah Powell-Shaff
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Seyoung Han
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Shelly Phifer
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Shpend Pula
98-30 67 Avenue
Apt. 4D
Rego Park, NY 11374


Silvia Reyes
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Sokol Gashi
3685 Shore Pkwy
Apt. 6E
Brooklyn, NY 11235


Srdan Babic
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Steve Vargas
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Susy Holgguin
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Tahlya Loveday
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016

Theresa Lilly
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Tiffany Robinson
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Tomas Cordova
511 West 147th Street
Apt. 31
New York, NY 10031


Valmore Paisley
8602 Avenue B
Apt. 1
Brooklyn, NY 11236


Vivienne Gucwa
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


William L. Waldman, Esq.
K&L Gates
One Newark Center
10th Floor
Newark, NJ 07102


Yeny Garzon
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016


Zachary Hunter
c/o McLaughlin & Stern, LLP
260 Madison Avenue
New York, NY 10016